Kelly H. Dove, Esq.
Nevada Bar No. 10569
Tanya Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. CHAPMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br>WELLS FARGO BANK, NA DBA<br>WACHOVIA BANK,<br><br>        Defendant. | Case No. 2:18-CV-02380-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Heather M. Chapman ("Plaintiff"), through her attorney, Haines & Krieger, LLC, and Defendant Wells Fargo Bank, N.A., through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's response to Plaintiff's Complaint is currently due January 10, 2019. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo may have an extension until **January 31, 2019**, in which to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that Wells Fargo can conduct a diligent search and obtain records necessary to prepare its response.

4847-9084-4293

| | |
|---|---|
| DATED this 7th day of January 2019. | DATED this 7th day of January 2019. |
| HAINES & KRIEGER, LLC | SNELL & WILMER L.L.P. |
| By: */s/ David H Kriger*<br>David H. Krieger, Esq. (NV Bar No. 9086)<br>8985 S. Eastern Ave., Ste. 350<br>Henderson, NV 89123<br>Telephone: (702) 880-5554<br>Facsimile: (702) 967-6658<br><br>*(signed with permission)*<br><br>*Attorneys for Plaintiff Heather M. Chapman* | By: */s/ Tanya N. Lewis*<br>Kelly H. Dove (NV Bar No. 10569)<br>Tanya Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant*<br>*Wells Fargo Bank, N.A.* |

4847-9084-4293

**ORDER**

**IT IS HEREBY ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before January 31, 2019.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED January 8, 2019.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

4847-9084-4293

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Heather M. Chapman*

DATED: January 7th 2019

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

4847-9084-4293