# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HEATHER M. CHAPMAN, | Case No. 2:18-cv-02380-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | |
| Defendants. | |

On January 30, 2019, Plaintiff and Defendant Equifax filed Notice of Settlement (#11). The parties asserted that a stipulation to dismiss the action could be filed within sixty (60) days. However, that time has passed. Accordingly, the parties are hereby ordered to file a joint status report, stipulation to dismiss or voluntary dismissal of this action within fourteen (14) days of the entry of this order.

**IT IS SO ORDERED.**

DATED this 1st day of October 2019.

 The Honorable Kent J. Dawson
 United States District Judge